E-FILED
Tuesday, 30 May, 2006  11:51:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEROME A. STEVENS SR.          )
_____        )
                               )
_____        )
        Plaintiff,             )
                               )
   vs.                         )      No. 06-2107
                               )      (Supplied by Clerk)
CAPT. RIGGS                    )
PAT HARTSHORN                  )      **FILED**
_____        )
        Defendant(s).          )      MAY 30 2006

                                      JOHN M. WATERS, Clerk
                                      U.S. DISTRICT COURT
         PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
              WITHOUT PREPAYMENT OF FEES AND COSTS    CENTRAL DISTRICT OF ILLINOIS
                                                           URBANA, IL

     I, JEROME A. STEVENS SR., plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

     1. I am the party initiating this action and I believe I am entitled to redress.

     2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

     3. I am (check one)  Single ___  Married ✓  Separated ___  Divorced ___

     4. My responses to the following questions are true:

     A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?  Yes ( )  No (✓)

     B. If so, by whom, what is your position, and what is your pay?

_____

_____

     C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

I was working but do to my incarceration I lost the job.

1

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (✓) No ( ) If yes, describe each source and state how much you received.

~~SOMEONE SENT ME $40~~ MY WIFE SENT ME About $60

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? 0

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

G. How much money do you have in private checking or saving accounts? 0

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

NONE RIGHT NOW

JEROME A. STEVENS JR.  SON
DESAMEI R. DIXON       SON
I'M THE ~~DAD~~ FATHER

SHERON STEVENS (WIFE)

WHEN I'M NOT IN JAIL I WORK AND SUPPORT MY FAMILY.

2

___
___
___

K.  Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.   N/A
___

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Jerone Stivers Sr.*
SIGNATURE

5-21-06
DATE

3

```
11/30/2005              VERMILION COUNTY - JAIL COMMISSARY                Page:    1
                         Account Detail Listing - JC601PPD
            ========================================
```

Cell Number: K 78
PSB Number:

Status: Active
Name: STEVENS, JEROME A.
Address:

Beg Act Date: 11/03/2005
Beg Act Balance:     40.00
End Act Balance:      0.12

```
======================================================================
```

| Trans No | Type | Description | Date | Money Out | Money In |
|---|---|---|---|---|---|
| C 11/07/05 | S | COMMISSARY SALES | 11/07/2005 | 24.90 | 0.00 |
| C 11/14/05 | S | COMMISSARY SALES | 11/14/2005 | 15.05 | 0.00 |
|  | O | MI | 11/21/2005 | 0.00 | 15.00 |
| C 11/21/05 | S | COMMISSARY SALES | 11/21/2005 | 14.93 | 0.00 |
| *** Total *** |  |  |  | 54.88 | 15.00 |

2:06-cv-02107-HAB-DGB   # 1   Page 4 of 11

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

   I hereby certify that the plaintiff or petitioner in this action has the sum of $ .12¢ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

R. Mitchell
(Authorized Officer)

Vermilion Co. Sheriff's Dept.
(Institution)

Correctional Officer (Commissary)
(Title)

DATE  11-30-05

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEROME STEVENS SR                    )
_____)
              Plaintiff              )
                                     )
         vs.                         )         Case No. 06-2107
                                     )
CAPT. RIGGS                          )
PAT HARTSHORN                        )
_____)
                                     )
_____)
              Defendant(s)           )

RECEIVED
MAY 30 2006
U.S. CLERK'S OFFICE
URBANA, IL

## COMPLAINT

☐  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐  Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, JEROME A. STEVENS SR, and states as follows:

My current address is: 2 EAST SOUTH ST.
DANVILLE, IL 61832

The defendant PAT HARTSHORN, is employed as SHERIFF VERMILION COUNTY at public safety building

The defendant CAPT. RIGGS, is employed as CAPTAIN VERMILION COUNTY at public safety building

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?                Yes ☐                              No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐                              No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

     _____

  2. Court (if federal court, give name of district; if state court, give name of county)

     _____

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☐    No ☒
BECAUSE THEY DIDN'T HAVE ANY GRIEVANCE.

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☐    No ☒

If your answer is no, explain why not THE PEOPLE (OFFICERS) AT THE JAIL SAY THEY DON'T HAVE GRIEVANCE FORMS.

C. Is the grievance process completed?    Yes ☐    No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence  2. EAST South St. DANVille, Il 61832

Date of the occurrence  10-29-05/11-10-05/11-10-05/11-11-05/11-11-05/11-18-0  12-2-0  12-8-0

Witnesses to the occurrence  TERRY RUCKER, JEREMY RANDOLPH

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

*I SENT A REQUEST FORM to tHE NURSE by OFFICER HAPPER. 10-29-05 At 10:30 PM. I HAVE ASHMA ANd I HAVE WRitteN SerVAl ReQuest to tHE NURSE. I HAVE A AlBUterol PUMP tHAt I CAME with. but I HAVE to HAVE MY AERBid PUMP Also. I still fill like I CAN't BREAtH SHORt OF BREAtH. SO I'M ASKING ONCE AGAiN FOR YOUR HElP I HAVEN'T Got Yet. *I SENT A REQuest FORM to tHE NURSE by OFFICER CAUDEll. "11-10-05" 11:00 AM BECAUSE I HAVE'NT HEARd ANyHing FROM MY LASt REQUEST FORM.* ON 11-10-05 2:00 PM OFFICER BENNEtt I told HiM to GiVE ME A REQUESt FORM. HE SAid HE HAVE to MAKE COPYES. SO HE'll GO tell tHE NURSE FOR ME.

*11-11-05 1:30 PM OFFICER CORNEEil. HE WAS ON K-BlOCK At About 1:30 PM bECAUSE tHEy HAd A WAter PROblEM. I WAS iN MY CEll locked iN I

4

call him three times. Then someone said officer someone down here wants you he said I don't care. I was tring to give him my request form so I can see the nurse. He didn't come to see what I wanted.

* 11-11-05 pm Officer Long pick up my request form he told me that the nurse is off on weekends, so I'll have to wait until Monday

* 11-13-05 I wrote a request form, *I'm sick, I have ashma I need a breathing treatment. Short of breath. I'm asking one again for your help. I have a med/card in my wallet. So I hope I don't have to pay to visit the nurse or for med's.* I had to cover the surveillance camera numerous amount's of times. At 6:15 pm inmates covered the camera and told officer Luke Smith that I was having a ashma attack. He said let me tell sergeant Maskel the inmates uncovered the camera. At 6:30 pm still no one came. They covered the camera back up. At about 6:55 pm they call and said uncover the camera that's when I said don't uncover the camera until they send someone to come and get me. 7:00 pm that's when sergeant Maskel came to get me, I gave him the request form. He took me down to give me a breathing treatment. He said he is sorry that he couldn't come sooner, cause the nurse was off on the weekends. And he's the only one that have keys to the door where the breathing treatment take's place. 7:25 pm he took me back to K-dorm where my cell as was        Next page!

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

A DAY BEFORE THANKSGIVING I PUT A REQUEST FORM to THE CLINIC. THE CLINIC IS NOt THE SAME AS THE IN HOUSE NURSE. BECAUSE NURSE COOKE WAS NOt GETTING BACK WITH ME. SO ON DEC 2, 200 THE CLINIC CAME THEY CALL ME DOWN. I told THEM THAT I NEED MY AERBID PUMP. THEY told ME I HAVE to tALK to COOKE. SHE WAS RIGHt tHERE. ON DEC 8, 2005 OFFICER MITCH AND NURSE COOKE GAVE ME MY AERBID PUMP. tHE OFFICER SAid HE Will PUt MY PUBLIC Aid CARD BACK iN MY WALLEt WHERE it'S SAFE. I tHiNK tHAt PEOPLE SHOULD NOt HAVE to PAY FOR MED. All tHiS tiME I WAitED ON MY AERBID PUMP I COULD HAVE DIE. tHEY DIDN'T GIVE it to ME CAUSE it WAS $1.00. I HAD to Get MY PUBLIC AiD CARD SENt FROM HOME. WHEN DID it Still tOOK to LONG. THEY SAiD tHE MED/CARD WAS OUt DAtE tHAt'S WHY I CAll MY WiFE. to SEND A UP DAtED ONE.

**JURY DEMAND**    Yes ☐    No ☑

Signed this _____ day of _____, 19 ____.

Jerome A. Stevens Sr. #B30889
Sheridan Correctional Center
4017 East 2603 Road
Sheridan, Ill, 60551

*Jerome A. Stevens Sr.*
( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JEROME A. STEVENS SR | |
| Address: 2 EAST SOUtH St  DANVIllE, Il 61832 | Telephone Number: 1-773-581-1993 OR (773) 493-5241 |

HOME ~~SHERON~~ SHERON STEVENS (WIFE)    HOME    DENISE COLEMAN (MOM)
4368 S. LAMON                              6845 S. RHODES
CHICAGO, Il, 60688                         CHICAGO, Il. 60637

6