E-FILED
Tuesday, 30 May, 2006  01:08:47 PM
Clerk, U.S. District Court, ILCD



# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

May 30, 2006

Re: STEVENS v. RIGGS ET AL
Case No.06-2107

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Jerome Stevens, Sr.**.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr. Jerome Stevens, Sr.'s** trust fund ledgers for the period **of November 30, 2005 through May 30, 2006**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 201 S. Vine St., Room 218
> Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW
cc: Jerome Stevens, Sr.
cc: file