# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME STEVENS, SR.** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-2107** |
| **CAPT. RIGGS, et al** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Danville Public Safety Building at Danville, IL.

**WE COMMAND** that you produce the body of **Jerome Stevens, Sr.**, Register No. **UNKNOWN**, who is in your custody at Danville Public Safety Building before the United States District Court on **Tuesday, June 27, 2006 at 9:30 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: May 30, 2006

                                                     **s/John M. Waters**
                                                     JOHN M. WATERS, CLERK
                                                     UNITED STATES DISTRICT COURT

                                                     BY: s/V. Ball
                                                          Deputy Clerk