E-FILED
Wednesday, 31 May, 2006  02:54:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROME STEVENS, SR.**  )  | **WRIT OF HABEAS CORPUS** |
| Plaintiff  ) | **AD TESTIFICANDUM** |
|  ) | |
| **vs**  ) | |
|  ) | **CASE NO. 06-2107** |
| **RIGGS, ET AL**  ) | |
| Defendant  ) | |

**TO: THE WARDEN of** SHERIDAN CORRECTIONAL CENTER at SHERIDAN, IL.

**WE COMMAND** that you produce the body of **JEROME STEVENS, SR.**, Register No. **B30889**, who is in your custody at SHERIDAN CORRECTIONAL CENTER before the United States District Court on **TUESDAY, JUNE 27, 2006 AT 9:30 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: May 31, 2006

        s/John M. Waters
        JOHN M. WATERS, CLERK
        UNITED STATES DISTRICT COURT

        BY: s/V. Ball
            Deputy Clerk