E-FILED
Friday, 09 June, 2006   01:49:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME STEVENS** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-2107** |
| **CAPT. RIGGS, ET AL** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** SHERIDAN at SHERIDAN, IL.

  **WE COMMAND** that you produce the body of **JEROME STEVENS**, Register No. **B 30889**, who is in your custody at SHERIDAN before the United States District Court on **TUESDAY, JUNE 27, 2006 AT 9:30 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

  DATED: JUNE 9, 2006

            JOHN M. WATERS, CLERK
            UNITED STATES DISTRICT COURT

            BY: s/K. Wynn
              Deputy Clerk