E-FILED
Monday, 05 February, 2007  11:11:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTR9ICT OF ILLINOIS

JEROME STEVENS, SR.,

      PLAINTIFF,

  VS                                                            06-2107

CAPTAIN RIGGS and
PAT HARTSHORN
          DEFENDANTS.

## CASE MANAGEMENT ORDER #1

This case is before the court for case management and a scheduling order.

IT IS ORDERED THAT:

Discovery will close May 1, 2007:
Plaintiff's expert witnesses, if any, must be disclosed by July 1, 2007;
Defendants' expert witnesses, if any, must be disclosed by September 1, 2007;
Case dispositive motions must be filed on or before October 1, 2007;
Final pretrial conference by video is set for November 8, 2007 at 1:30 p.,.;
Jury selection and trial is set for December 6, 2007.

The case is set for further hearing under Rule 16 by video or telephone conference on February 14, 2007 at 9:00 a.m., or as soon thereafter as the case may be reached on the court's call.

Enter this 5th day of February 2007.

s\Harold A. Baker
_____
Harold A Baker
United States District Judge