E-FILED
Monday, 05 February, 2007 03:37:12 PM
Clerk, U.S. District Court, ILCD

## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME STEVENS,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-2107** |
| **CAPTAIN RIGGS, ET AL,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** SHERIDAN at SHERIDAN, IL.

**WE COMMAND** that you produce the body of **JEROME STEVENS**, Register No. **B 30889**, who is in your custody at SHERIDAN before the United States District Court on **FEBRUARY 14, 2007 AT 9:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: FEBRUARY 5, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/K. Wynn
        Deputy Clerk