# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>JEROME STEVENS v CAPTAIN RIGGS, ET AL | CASE NO.<br><br>06-2107 | Beginning Date of Trial:<br><br>2/28/07 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF SHERIDAN**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Jerome Stevens | b 30889 | SHERIDAN | 2/28/08 | 2:30 - 3:00 |
| Judge Baker | N/A | URBANA COURTROOM 1 | 2/28/07 | 2:30 - 3:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: February 21, 2007**              **JOHN M. WATERS, CLERK**
                                          **UNITED STATES DISTRICT COURT**

                                          **BY:**  s/K. Wynn
                                                  **DEPUTY CLERK**

cc: Jerome Stevens

Format and wording approved by IDOC Legal Counsel 2/11/98