UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **JEROME STEVENS, SR.,** ) | |
| Plaintiff, ) | |
| vs. ) | Case No.  06-2107 |
| ) | |
| **RIGGS, Capt., and PAT HARTSHORN,** ) | |
| ) | |
| Defendants. ) | |

# SCHEDULING ORDER

The Plaintiff, **Jerome Stevens, Sr.**, an inmate at the Sheridan Correctional Center, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and sought leave to proceed without prepayment of fees and costs pursuant to 28 U.S.C. § 1915.  Although the Plaintiff is unable to prepay the entire filing fee, the court ordered the Plaintiff to prepay a partial filing fee from his personal trust fund account.  The Plaintiff has complied with that order.  Consequently, the court enters the following scheduling order. *See Bryan v. Johnson*, 821 F.2d 455 (7th Cir. 1987):

**IT IS THEREFORE ORDERED** that the Plaintiff's petition for leave to proceed without full prepayment of fees and costs **(#1)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall prepare for each Defendant: 1) a Notice of Lawsuit and Request for Waiver of Service Summons; and 2) a Waiver of Service of Summons.  The Clerk is directed to mail said forms, a copy of the Complaint, and this Scheduling Order to each Defendant's work address or employer address as provided by Plaintiff.  If a Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service, to the extent authorized shall not be maintained in the court file nor disclosed by the Clerk.

**IT IS FURTHER ORDERED** that the Plaintiff shall serve upon the Defendants (or upon defense counsel once he has entered an appearance), a copy of every further pleading or other document submitted for consideration by the court.  He shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to the Defendants or their counsel.  Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on *April 20, 2007, at 1:30 p.m.* via **video conference** before the Honorable Harold A. Baker, Senior U.S. District Judge. The Clerk is directed to give the Plaintiff's place of confinement notice of the date and time of the **video conference call** and to issue the appropriate process to secure the Plaintiff's presence at the conference.

**IT IS FURTHER ORDERED** that counsel for the Defendants is hereby granted leave to depose the Plaintiff at his place of confinement. Counsel for the Defendants shall arrange the time for the deposition.

**IT IS FURTHER ORDERED** that the Plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing the Plaintiff with a magistrate consent form and accompanying court explanation. Upon receipt of a signed consent from the Plaintiff, the Clerk is further directed to forward the consent to the Defendants for consideration.

ENTER this 21st day of February 2007.

                                                      s/DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE