UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEROME STEVENS SR )
Plaintiff )
RECEIVED )
vs. )                         Case No. 06-2107
MAY 30 2006 )
CAPT. RIGGS )
PAT HARTSHORN CLERK'S OFFICE )
URBANA, IL )
_____ )
_____ )
Defendant(s) )

## COMPLAINT

☐     42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐     28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐     Other _____

Please note: *This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, **JEROME A. STEVENS SR**, and states as follows:

My current address is: **2 EAST SOUTH ST. DANVILLE, IL 61832**

The defendant **PAT HARTSHORN**, is employed as **SHERIFF VERMILION COUNTY** at **public safety building**

The defendant **CAPT. RIGGS**, is employed as **CAPTAIN VERMILION COUNTY** at **public safety building**

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?         Yes ☐                    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                                        Yes ☐                    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)    _____

      Defendant(s)   _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

      _____

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☑
BECAUSE THEY DIDN'T HAVE ANY GRIEVANCE.

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☑

If your answer is no, explain why not THE OFFICERS PEOPLE AT THE JAIL SAY THEY DON'T HAVE GRIEVANCE FORMS.

C. Is the grievance process completed?   Yes ☐   No ☑

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence  2. EAST SOUTH ST. DANVILLE, IL 61832

Date of the occurrence  10-29-05/11-10-05/11-10-05/11-11-05/11-11-05/11-18-0/12-2-0/12-8-0

Witnesses to the occurrence  TERRY RUCKER, JEREMY RANDOLPH

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

\* I SENT A REQUEST FORM to tHE NURSE by OFFICER HAPPER. 10-29-05 At 10:30PM. I HAVE ASHMA AND I HAVE WRITTEN SERVAL REQUEST to the NURSE. I HAVE A ALBUTEROL PUMP tHAt I CAME WITH. but I HAVE to HAVE MY AERBID PUMP ALSO. I still fill like I CAN't BREATH SHORT OF BREATH. SO I'M ASKING ONCE AGAIN FOR YOUR HELP I HAVE'NT GOT YET. \* I SENT A REQUEST FORM to the NURSE by OFFICER CAUDEll. "11-10-05" 11:00 AM BECAUSE I HAVE'NT HEARD ANYTHING FROM MY LAST REQUEST FORM. \* ON 11-10-05 2:00PM OFFICER BENNETT I told HIM to GIVE ME A REQUEST FORM. HE SAID HE HAVE to MAKE COPYES. SO HE'll GO tell tHE NURSE FOR ME.

\* 11-11-05 1:30 PM OFFICER CORNEEII, HE WAS ON K-BLOCK At About 1:30pm bECAUSE tHEY HAD A WATER PROBLEM, I WAS IN MY CEll LOCKED IN I

4

call him three times. then someone said officer someone down here wants you he said I don't care. I was tring to give him my request form so I can see the nurse. He didn't come to see what I wanted.

* 11-11-05 Officer Long pick up my request form He told me that the nurse is off on weekends, So I'll have to wait until Monday

* 11-13-05 I wrote a request form, *I'm sick, I have ashma I need a breathing treatment. Short of breath. I'm asking one again for your help. I have a med/card in my wallet. so I hope I don't have to pay to visit the nurse or for med's.* I had to cover the surveillance camera numerous amount's of times. At 6:15 pm inmates covered the camera and told Officer Luke Smith that I was having a ashma attack he said let me tell sergeant Maskel the the inmates uncovered the camera. At 6:30 pm Still no one came. they covered the camera back up. At About 6:55 pm they call and said uncover the camera that's when I said don't uncover the camera until they send some one to come and get me. 7:00 pm that's when sergeant Maskel came to get me, I gave him the request form. He took me down to give me a breathing treatment he said he is sorry that he could'nt come sooner, cause the nurse was off on the weekends. And he's the only one that have keys to the door where the breathing treatment take's place. 7:25 pm he took me back to R-Dorm where my cell is was

Next page!

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

A day before Thanksgiving I put a request form to the clinic. The clinic is not the same as the in house nurse. Because Nurse Cooke was not getting back with me. So on Dec 2, 20— the clinic came they call me down. I told them that I need my Aerbid pump. They told me I have to talk to Cooke. She was right there. On Dec 8, 2005 Officer Mitch and Nurse Cooke gave me my Aerbid Pump. The officer said he will put my public aid card back in my wallet where it's safe. I think that people should not have to pay for meds. All this time I waited on my Aerbid pump I could have die. They didn't give it to me cause it was $1.00. I had to get my public aid card sent from home. When did it still took to long. They said the med/card was out date that's why I call my wife to send a updated one.

**JURY DEMAND**     Yes ☐     No ☒

Signed this _____ day of _____, 19____.

Jerome A. Stevens Sr. #B30889
Sheridan Correctional Center
4017 East 2603 Road
Sheridan, Ill, 60551

*Jerome A. Stevens Sr.*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JEROME A. STEVENS SR | |
| Address: 2 East South St    Danville, Il 61832 | Telephone Number: 1-773-581-1993 or (773) 493-5241 |

SHARON STEVENS (WIFE)        DENISE COLEMAN (MOM)
HOME                          HOME
4368 S. LAMON                 6845 S. RHODES
CHICAGO, IL, 60638            CHICAGO, IL. 60637

6