E-FILED
Friday, 09 March, 2007  03:27:13 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA
## VIDEO WRIT

| CASE NAME: JEROME STEVENS v CAPT. RIGGS, ET AL | CASE NO. 06-2107 | Beginning Date of Trial: 3/19/07 | Type of Trial: Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF SHERIDAN**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Jerome Stevens | B 30889 | SHERIDAN | 3/19/07 | 11:00 - 11:30 |
| Judge Baker | N/A | URBANA COURTROOM 1 | 3/19/07 | 11:00 - 11:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: March 9, 2007**

**JOHN M. WATERS, CLERK**
**UNITED STATES DISTRICT COURT**

**BY:**   S/K. Wynn
        **DEPUTY CLERK**

cc: Jerome Stevens