E-FILED
Monday, 12 March, 2007  01:03:45 PM
Clerk, U.S. District Court, ILCD

I Jeronme stevens; as a notice of change
of address. My out Date is 4-18-07 from
Sheridan correctional center and after
my release, I will be going to a Recovery
House. Name: A safe haven, 2057 w.
Jarvis st. chicago, Ill 60645 contact
Person Mrs. sherrell. (773) 38-4742. I received
your letter of change of address on 3-1-07
and sent this out 3-8-07. Now the in closed
Papper work you sent me I dont under-
stand it. that's why I didn't sign it.
My Mom Infor 6345 s.RHodes chicago, Il
denise coleman
60637. (773) 493-5241. my wife, sheron
stevens 4368 s. Lamon chicago Il 60638
(773) 498-4298

Jerone Stevens S.

                    06-2107
                    **FILED**

                    MAR 12 2007
              JOHN M. WATERS, Clerk
              U.S. DISTRICT COURT
         CENTRAL DISTRICT OF ILLINOIS
                    URBANA, IL