IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEROME STEVENS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06 CV 2107 |
| ) | |
| CAPT. RIGGS and ) | Judge Harold A. Baker |
| PAT HARTSHORN, ) | |
| ) | |
| Defendants. ) | |

### APPEARANCE

THE FOLLOWING ATTORNEYS CERTIFY THAT THEY ARE ADMITTED TO THE BAR
OF THIS COURT AND ARE MEMBERS IN GOOD STANDING

TO: The Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CAPT. LES RIGGS and PATRICK HARTSHORN**

Dated: 04/02/07

s/ Zrinka Rukavina
ZRINKA RUKAVINA, Atty Bar No. 06287249
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEROME STEVENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06 CV 2107 |
| | ) |
| CAPT. RIGGS and | ) Judge Harold A. Baker |
| PAT HARTSHORN, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing *Appearance* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:** Jerome Stevens, Sr. - B30889
Sheridan Correctional Center
Inmate Mail
P.O. Box 38
Sheridan, IL 60551
*Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 2, 2007, before 5:00 p.m., with the proper postage prepaid.

This certificate of service was electronically filed with the Clerk of the Court on April 2, 2007, using the CM/ECF system which will send notification of such filing to any CM/ECF participants.

s/ Zrinka Rukavina
ZRINKA RUKAVINA, Atty Bar No. 06287249
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com