IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEROME STEVENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06 CV 2107 |
| | ) |
| CAPT. RIGGS and | ) Judge Harold A. Baker |
| PAT HARTSHORN, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Attorney for Defendants, PATRICK HARTSHORN and CAPT. LES RIGGS, furnishes the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for: Defendants PATRICK HARTSHORN and CAPT. LES RIGGS in the above-captioned case.

2. The above-named Defendants are not a corporation.

3. The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.

Dated: 04/02/07

s/ Zrinka Rukavina
ZRINKA RUKAVINA, Atty Bar No. 06287249
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEROME STEVENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06 CV 2107 |
| | ) |
| CAPT. RIGGS and | ) Judge Harold A. Baker |
| PAT HARTSHORN, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing *Certificate of Interest* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:** Jerome Stevens, Sr. - B30889
Sheridan Correctional Center
Inmate Mail
P.O. Box 38
Sheridan, IL 60551
*Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 2, 2007, before 5:00 p.m., with the proper postage prepaid.

This certificate of service was electronically filed with the Clerk of the Court on April 2, 2007, using the CM/ECF system which will send notification of such filing to any CM/ECF participants.

s/ Zrinka Rukavina
ZRINKA RUKAVINA, Atty Bar No. 06287249
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com