E-FILED
Tuesday, 17 April, 2007  08:15:21 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME STEVENS,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-2107** |
| **CAPT. RIGGS, ET AL,** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** A SAFE HAVEN at CHICAGO, IL.

   **WE COMMAND** that you produce the body of **JEROME STEVENS**, who is in your custody at A SAFE HAVEN before the United States District Court on **APRIL 20, 2007 AT 1:30 P.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

   **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

   DATED:  APRIL 17, 2007

                                  JOHN M. WATERS, CLERK
                                  UNITED STATES DISTRICT COURT

                                  BY:  s/K. Wynn
                                       Deputy Clerk