E-FILED
Tuesday, 17 April, 2007 10:06:32 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROME STEVENS,**          ) | **AMENDED    WRIT OF HABEAS CORPUS** |
| Plaintiff                              ) | **AD TESTIFICANDUM** |
|                                              ) | |
| vs                                        ) | |
|                                              ) | **CASE NO. 06-2107** |
| **CAPT. RIGGS, ET AL.,**      ) | |
| Defendant                           ) | |

**TO: THE WARDEN of** A SAFE HAVEN at CHICAGO, IL.

     **WE COMMAND** that you produce the body of **JEROME STEVENS**, who is in your custody at A SAFE HAVEN before the United States District Court on **APRIL 27, 2007 AT 10:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  APRIL 17, 2007

                                     JOHN M. WATERS, CLERK
                                     UNITED STATES DISTRICT COURT

                                     BY: s/K. Wynn
                                         Deputy Clerk