IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JEROME STEVENS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 CV 2107 |
| | ) | |
| CAPT. RIGGS and | ) | Judge Harold A. Baker |
| PAT HARTSHORN, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed this Certificate of Service for ***Defendants' Interrogatories to Plaintiff* AND *Defendants' Request for Production of Documents to Plaintiff*** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the documents referenced herein to the following non CM/ECF participant:

**TO:**   Jerome Stevens, Sr. - B30889
A Safe Haven
2057 W. Jarvis Street
Chicago, IL 60645
***Pro Se***

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 18, 2007, before 5:00 p.m., with the proper postage prepaid.

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com