JEROME A. STEVENS SR.                    4-21-07

I'm writting you to let you know that I've move to A Safe Haven, 7346 S. Kingston Chicago Il, 60649 (773) 375-2115 so if you need to get in touch with me. I'll be here. the place on 6345 S. Rhodes is my mom house. My cell phone number is (773) 416-8167. Case No. 06-2107

*Jerome A. Stevens Sr.*

**FILED**
APR 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL