# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME STEVENS** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-2107** |
| **CAPT. RIGGS,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** A SAFE HAVEN at CHICAGO, IL.

    **WE COMMAND** that you produce the body of **JEROME STEVENS**, who is in your custody at A SAFE HAVEN before the United States District Court on **FRIDAY, MAY 4, 2007 AT 10:30 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: APRIL 25, 2007

                                           JOHN M. WATERS, CLERK
                                           UNITED STATES DISTRICT COURT

                                           BY: _s/K. Wynn_
                                                 Deputy Clerk