IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEROME STEVENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06 CV 2107 |
| | ) |
| CAPT. RIGGS and | ) Judge Harold A. Baker |
| PAT HARTSHORN, | ) Magistrate Judge David G. Bernthal |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE OF CHRISTOPHER J. BECK

MICHAEL W. CONDON, an attorney, hereby moves to withdraw the appearance of CHRISTOPHER J. BECK as counsel for Defendants, CAPT. LES RIGGS and PATRICK HARTSHORN, in the present matter.

In support of this motion, the undersigned states:

1. Christopher J. Beck is no longer employed by Hervas, Condon & Bersani, P.C., the firm representing the above named Defendants in this matter.

2. Michael W. Condon and Zrinka Rukavina will remain as counsel for the above named Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of Christopher J. Beck's appearance as counsel in this matter.

s/Michael W. Condon
MICHAEL W. CONDON, Atty. Bar No. 06192071
Attorney for Defendants, Capt. Les Riggs and Patrick Hartshorn
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JEROME STEVENS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 CV 2107 |
| | ) | |
| CAPT. RIGGS and | ) | Judge Harold A. Baker |
| PAT HARTSHORN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I electronically filed the foregoing *Motion to Withdraw Appearance of Christopher J. Beck* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:** Jerome Stevens, Sr.
C/O A Safe Haven
7346 S. Kingston
Chicago, Il 60649
*Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on July 12, 2007, before 5:00 p.m., with the proper postage prepaid.

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants, Capt. Les Riggs and
Patrick Hartshorn
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

2