06-2107

Jerome A. Stevens Sr.

I'm writting to you to let you know that I'll be leaving A safe haven on 7-18-07 I'm moving to 6345 S. Rhodes Chicago Il 60637. I'm also ask about a deposition. An Attorney of Capt Riggs sent me a letter and told me I have to see them and have to have a deposition with them. Because the court said I have to. have it done. I went down to do it one day, and when I got there it didn't seem right. So I told them I think I need An Attorney. but I havent found one yet. So I'm writting to you to Ask Do I have to seat down with them and do the deposition. Can you write me back and let me know. Please

Jerome Stevens Sr. (773) 499-2259 OR (773) 619-7381 cell Numbers.

Attorney of Capt. Riggs. Hervas Condon and Bersani. P.C (630) 773-4774. I talked to Ms. Zrinka Rukavina @ she call me and told me I have to have the deposition. Order of the court. Office 333 Pierce Rd Ste 195 Itasca Ill, 60143 cell (773) 412-0919.

FILED
JUL 12 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL