# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME STEVENS, SR.** ) | **WRIT OF HABEAS CORPUS** | |
| Plaintiff ) | **AD TESTIFICANDUM** | |
| ) | | |
| vs ) | | |
| ) | **CASE NO. 06-2107** | |
| **CAPT. RIGGS, ET AL** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** A Safe Haven at 7346 S Kingston, Chicago, IL 60649.

    **WE COMMAND** that you produce the body of **Jerome Stevens, Sr.**, Register No. **N/A**, who is in your custody at A Safe Haven, before the United States District Court on **Thursday, August 16, 2007 at 9:30 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 9, 2007

    s/John M. Waters
    JOHN M. WATERS, CLERK
    UNITED STATES DISTRICT COURT

    BY: s/V. Ball
        Deputy Clerk