## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| JEROME STEVENS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 CV 2107 |
| | ) | |
| CAPT. LES RIGGS and SHERIFF | ) | |
| PAT HARTSHORN, | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, PATRICK HARTSHORN and LES RIGGS, by and through their attorney, ZRINKA RUKAVINA of HERVAS, CONDON & BERSANI, P.C., and pursuant to Federal Rule of Civil Procedure 56 and Central District of Illinois Local Rule 7.1, move this Honorable Court for an Order granting summary judgment in their favor.  In support of said motion, Defendants state onto this Honorable Court the following:

1. Plaintiff Jerome Stevens, Sr. has brought this *pro se* civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Defendants Patrick Hartshorn and Les Riggs.

2. Stevens claims that Defendants Hartshorn and Riggs violated his civil rights because he was provided with inadequate medical treatment for asthma.

3. Stevens has failed to exhaust administrative remedies as required by the Prisoner Litigation Reform Act.

4. Further, Stevens has failed to establish that his medical need was sufficiently serious and that Defendants Hartshorn and Riggs were deliberately indifferent to that medical need.

5. Defendants Hartshorn and Riggs have submitted a memorandum of law in support of said motion.

WHEREFORE, Defendants PATRICK HARTSHORN and LES RIGGS respectfully request that this Honorable Court grant their motion for summary judgment.

Respectfully submitted,

**s/ Zrinka Rukavina**
ZRINKA RUKAVINA, Atty Bar No. 06287249
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com
mcondon@hcbattorneys.com

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JEROME STEVENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06 CV 2107 |
| | ) |
| CAPT. RIGGS and | ) Judge Harold A. Baker |
| PAT HARTSHORN, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed the foregoing ***Defendants' Motion for Summary Judgment*** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:** Jerome Stevens, Sr. - B30889
Sheridan Correctional Center
Inmate Mail
P.O. Box 38
Sheridan, IL 60551
***Pro Se***

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on October 19, 2007, before 5:00 p.m., with the proper postage prepaid.

s/ Zrinka Rukavina
ZRINKA RUKAVINA, Atty Bar No. 06287249
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com
mcondon@hcbattorneys.com