# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

**JEROME STEVENS, JR.**
        **Plaintiff,**

        vs.        06-2107

**RIGGS, et al.,**
        **Defendants.**

## ORDER

A status conference was held on November 9, 2007. The plaintiff failed to appear. Zrinka Rukaviana appeared for the defendants. Before the court is the defendants' unopposed summary judgment motion [41]. USDC CDIL Local Rule 7.1(D)(2) states that a failure to respond shall be deemed an admission of the motion.

**It is therefore ordered:**

1.     The defendants' unopposed summary judgment motion [41] is granted pursuant to USDC CDIL L. R. 7.1(D)(2).

**Enter this 14th     day of November 2007.**

        s\Harold A. Baker
        _____
        **Harold A. Baker**
        **United States District Judge**